UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2·16CR137

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(2) |
| DANIEL LABUDA | ) | 18 U.S.C. § 2252(a)(4)(B) |

### INDICTMENT

-FILED-

**THE GRAND JURY CHARGES:**

SEP 21 2016

### COUNT 1
(Receipt of Child Pornography)

At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Between on or about November 18, 2012, and on or about January 30, 2013, in the Northern District of Indiana, and elsewhere, defendant,

**DANIEL LABUDA,**

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
(Possession of Child Pornography)

Between on or about September 12, 2013, and on or about April 9, 2014, in the Northern District of Indiana and elsewhere, the defendant,

**DANIEL LABUDA,**

did knowingly possess one or more matters which contained visual depictions that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, and so shipped and transported, by any means including by computer, and the production of such visual depictions involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depictions are of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

**THE GRAND JURY FURTHER CHARGES:**

## CRIMINAL FORFEITURE ALLEGATIONS

1.  The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  Upon conviction of one or more of the offense(s) alleged in the Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to facilitation the commission of such offense(s).

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY


By:   */s/ Abizer Zanzi*
      Abizer Zanzi
      Assistant United States Attorney
      Northern District of Indiana


By:   */s/ Leslie Williams Fisher*
      Leslie Williams Fisher
      Trial Attorney
      Child Exploitation and Obscenity Section
      United States Department of Justice, Criminal Division