

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16 CR 137 |
| | ) | |
| DANIEL LABUDA | ) | |

## MOTION TO SEAL

The United States of America by its attorney, David Capp, United States Attorney for the Northern District of Indiana, moves this Honorable Court for an order SEALING the Indictment filed with the Court in the above-captioned cause, until the defendant is arrested.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By:   /s/ Abizer Zanzi
       Abizer Zanzi
       Assistant United States Attorney
       United States Attorney's Office